**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

**In re:**

|  |  |
|---|---|
| **AVAMERE NPS STABLES, LLC** * | Case No. 23-00285 ELG |
| * | Chapter 11 |
| **Debtor.** * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE UNDER LOCAL BANKRUPTCY RULE 9013-1 OF**
**OPPORTUNITY TO OBJECT TO APPLICATION**

Craig M. Palik, Justin P. Fasano and McNamee, Hosea, P.A. (the "Law Firm") as proposed counsel to Avamere NPS Stables, LLC (the "Debtor"), has filed with the Court an Application for Approval of Employment as Debtor's Counsel (the "Application").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application then:

Within 14 days of service of the Application, on or before **October 19, 2023,** plus an additional three (3) days if service is effected by first class mail, you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

You must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to:

Craig M. Palik
Justin P. Fasano
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD  20770

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting relief. The Court may grant the Application without a hearing if the objection filed states inadequate grounds for denial of the relief sought in the motion.

| | |
|---|---|
| Dated:  October 5, 2023 | Respectfully submitted, |
| | /s/ Craig M. Palik<br>Craig M. Palik<br>McNamee Hosea, et al.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD  20770<br>Tel: 301-441-2420<br>Fax: 301-982-9450<br>cpalik@mhlawyers.com |
| | Proposed Attorneys for Debtor |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of October, 2023, a copy of the foregoing Notice Under Local Bankruptcy Rule 9013-1 of Opportunity to Object to Application, was mailed, by first class mail, postage prepaid and served electronically to those persons and entities entitled to receive Notice of Electronic Filing in this case, and by first class mail including the following:

Sara Kathryn Mayson, Esq.
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
sara.kathryn.mayson@usdoj.gov

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
mac@mbvesq.com

All creditors on the attached mailing matrix.

                                                /s/ Craig M. Palik
                                                Craig M. Palik