**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00285-ELG |
| **Avamere NPS Stables LLC**<br>Debtor(s). | Chapter 11 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 11/29/2023 at 10:00 AM

via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

    For the Court:
    Angela D. Caesar
    BY: AM
    Dated: 10/11/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.