**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re )
**Avamere NPS Carpenters LLC** ) Case No. **23-00286**
 )
 ) Chapter **11**
Debtor(s). )

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept a flat fee of $ _____
   Filing Fee $ _____
   Prior to the filing of this statement I have received $ _____
   Balance Due $ _____

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted

For legal services, I have agreed to accept and received a retainer of $**11,738.00**.
The undersigned shall bill against the retainer at an hourly rate of $**400.00**

2. The source of the compensation paid to me was:

    ☐  Debtor ■  Other (specify): **Odeh Properties**

3. The source of compensation to be paid to me is:
    ☐  Debtor ■  Other (specify): **Debtor will pay**

**Rates are as attached**

4 ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

 ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. 2016-2(b) if taking the no-look fee
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: **October 19, 2023**

**/s/ Justin P. Fasano**
Signature of attorney
**Justin P. Fasano**
Name, Bar Number
**McNamee Hosea, P.A.**
Firm
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Address
**301-441-2420**
Telephone
**jfasano@mhlawyers.com**
Email Address