# Current Hourly Rates
*EFFECTIVE as of 1/1/2023*

**Partners:**

| | | |
|---|---|---|
| Robert J. Kim | RJK | $525 |
| John P. Lynch | JPL | $525 |
| Garth E. Beall | GEB | $525 |
| Daniel F. Lynch | DFL | $475 |
| Mark W. Schweitzer | MWS | $460 |
| Kevin M. Tracy | KMT | $500 |
| Brent M. Ahalt | BMA | $450 |
| Chris L. Hamlin | CLH | $400 |
| Craig M. Palik | CMP | $425 |
| Charles H. Henderson | CHH | $400 |
| Esther A. Streete | EAS | $475 |
| Matthew C. Tedesco | MCT | $475 |
| Janet M. Nesse | JMN | $525 |
| Danielle M. Cruttenden | DMC | $400 |
| Steve L. Goldberg | SLG | $425 |
| Jennifer M. Alexander | JMA | $450 |
| Lindsey K. Erdmann | LKE | $400 |
| Justin P. Fasano | JPF | $400 |
| Aaron D. Neal | ADN | $400 |

**Senior Counsel:**

| | | |
|---|---|---|
| Gregory R. Hislop | GRH | $375 |

**Of Counsel:**

| | | |
|---|---|---|
| Milton D. Jernigan, II | MDJ | $475 |

**Associates:**

| | | |
|---|---|---|
| Alexander P.R. Ward | AW | $300 |
| Kelly S. Kylis | KSK | $325 |
| Michael L. Brown | MB | $275 |
| C. Ryan Cohill | CRC | $300 |
| Erin B. McAuliffe | EBM | $300 |
| Doan T. Phan | DTP | $300 |
| Justin M. Ginsburg | JG | $325 |
| James C. Tuomey | JCT | $325 |
| Andryse P. Leukeu | APL | $285 |

**Land Use Coordinator:**

| | | |
|---|---|---|
| Bryan C. Spell | BCS | $250 |

**Paralegals/Legal Assistants/Law Clerks/File Clerks:**

| | |
|---|---|
| Based on experience, work performed and particular expertise. | $100 to $250 |

## Expenses

| | | |
|---|---|---|
| Photocopies | B/W | $.20/page |
| | Color | $.30/page |
| Prints | B/W  >10 pages | $.10/page |
| | Color > 10 pages | $.15/page |
| Postage | Billed at Current USPS Rates | |
| Telephone Charges | Billed at cost for Long Distance outside of the metro D.C. area and for Conference Calls | |
| Costs Advanced | Billed at cost. All expenses to include, but not limited to, filing fees, court costs, deposition costs, eDiscovery costs, expert witness fees, records searches, courier and delivery fees, etc. are billed at cost. | |