Craig M. Palik, Esquire (#15254)
Justin P. Fasano, Esquire (# 28659)
McNamee Hosea, et al.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

**In re:**

**AVAMERE NPS STABLES, LLC**          Case No. 23-00285 ELG
                                      Chapter 11
    **Debtor.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AMENDED APPLICATION FOR APPROVAL OF EMPLOYMENT OF JUSTIN P. FASANO ESQUIRE, CRAIG M. PALIK, ESQUIRE, AND MCNAMEE HOSEA, P.A. AS COUNSEL FOR DEBTOR

Avamere NPS Stables, LLC (the "Debtor" or the "Applicant") hereby requests approval of employment of its counsel, pursuant to 11 U.S.C. §§ 327 and 329 and Rules 2014 and 9014 of the Federal Rules of Bankruptcy Procedure, and for cause state as follows:

1. The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code on October 5, 2023 (the "Petition Date"). Since the Petition Date, the Debtor has continued to manage its affairs as a debtor-in-possession pursuant to §§1107 and 1108 of the Code.

2. The Court has jurisdiction over this matter under 28 U.S.C. §§1334, and 157(b) and 11 U.S.C. §327(a). This is a core proceeding under 28 U.S.C. §157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. §1408.

3. The Debtor seeks Court approval of its employment of Justin P. Fasano, Craig M. Palik and the law firm of McNamee Hosea, P.A. (the "Law Firm"), as its attorneys, effective as

of the petition date, to represent it in its Chapter 11 proceedings. The professional services which the Law Firms will provide to your Applicant are as follows:

    a.    Prepare and file all necessary bankruptcy pleadings on behalf of the Debtor;

    b.    Negotiate with creditors;

    c.    Representation with respect to Adversary and other proceedings in connection with the Bankruptcy;

    d.    Prepare Debtor's disclosure statement and plan of reorganization; and

    e.    Any other matters related to the Bankruptcy and the Debtor's reorganization.

4.    The Law Firm represents no other entity in connection with this bankruptcy proceeding, is disinterested as that term is defined in 11 U.S.C. §101(14). The Law Firm (i) is not a creditor, an equity security holder, or an insider of the Debtor; (ii) is not and was not, within two (2) years before the date of filing of the petition a director, officer or employee of the Debtor; and (iii) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, the Law Firm holds no interest adverse to the interest of the Debtor with respect to the matters on which each are to be employed.

5.    The Law Firm has no connection with the Debtor, Debtor's creditors, any parties in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

6.    The Law Firms have agreed to represent the Debtor according to the following rates:

| | |
|---|---|
| Craig M. Palik | $425.00 per hour; |
| Justin P. Fasano | $400.00 per hour; |
| Associates | $300.00 to $350.00 per hour |
| Paralegal | $135.00 per hour. |

The Applicant believes that the proposed rates of compensation are fair and reasonable and are consistent with the skills and reputation of the attorneys and the law firms.

7. The Debtor has also agreed to provide compensation to the Law Firm in the manner set forth in the Statement Pursuant to Rule 2016(b), to be filed herein. The initial retainer payment of $11,738.00 was paid by Benucci Capital, an affiliate of B&L Funding, LLC, a secured creditor of the Debtor. All compensation provided by the Debtor to the Law Firm is subject to approval by Order of the United States Bankruptcy Court for the District of Columbia.

8. Attached hereto and incorporated herein is the Law Firm's Declaration in Support of Amended Application for Approval of Employment of Justin P. Fasano, Craig M. Palik, Esquire and McNamee, P.A., as Counsel for Debtor.

**WHEREFORE,** your Applicant respectfully requests that this Honorable Court;

A. **ENTER** an Order authorizing the employment of Justin P. Fasano, Esquire, Craig M. Palik, Esquire and the law firm of McNamee Hosea, P.A., Counsel for Debtor; and

B. **ORDER** that such other and further relief as this action may require.

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

**/s/ Craig M. Palik**
Craig M. Palik (Fed. Bar No. 15254)
Justin P. Fasano (Fed Bar No. 28659)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
cpalik@mhlawyers.com
jfasano@mhlawyers.com

Proposed Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **31st day of October 2023,** a copy of the foregoing Amended Application for Approval of Employment of Justin P. Fasano, Craig M. Palik, Esquire and McNamee Hosea, P.A., and as Counsel for Debtor, was mailed, by first class mail, postage prepaid and served electronically to those persons and entities entitled to receive Notice of Electronic Filing in this case, and by first class mail including the following:

Sara Kathryn Mayson, Esq.
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
sara.kathryn.mayson@usdoj.gov

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
mac@mbvesq.com

All creditors on the attached mailing matrix.

/s/ Craig M. Palik
Craig M. Palik