Craig M. Palik, Esquire (#15254)
Justin P. Fasano, Esquire (# 28659)
McNamee Hosea, et al.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
Proposed Counsel to Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

**In re:**
                                   *

**AVAMERE NPS STABLES, LLC**
                                   *           **Case No. 23-00285 ELG**

       **Debtor.**                            *           **Chapter 11**

                                     *

*      *      *      *      *      *      *      *      *      *      *      *      *

**DECLARATION IN SUPPORT OF AMENDED APPLICATION
FOR APPROVAL OF EMPLOYMENT OF JUSTIN P. FASANO, ESQUIRE, CRAIG M.
PALIK, ESQUIRE AND MCNAMEE HOSEA, P.A., AS COUNSEL FOR DEBTOR**

       1.       We are competent persons over the age of eighteen and have knowledge of the

matters stated herein.

       2.       We are attorneys at law admitted to the practice in the States of Maryland,

Virginia and the District of Columbia, the United States Bankruptcy Court for the District of

Maryland, United States Bankruptcy Court for the District of Columbia, United States

Bankruptcy Court for the Eastern District of Virginia and the Fourth Circuit Court of Appeals.

       3.       We maintain an office in the State of Maryland at 6404 Ivy Lane, Suite 820,

Greenbelt, Maryland 20770.

       4.       We represent no other entity in connection with this case, are disinterested as that

term is defined in 11 U.S.C. §101(14).  We (i) are not a creditor, an equity security holder, or an

insider of Avamere NPS Stables, LLC, Debtor;  (ii) are not and were not, within two years before

the date of filing of the petition a director, officer or employee of the Debtor; and (iii) have no

interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  Further, we hold no interest adverse to the interest of the Debtor.

5.    We were retained by the Debtor in October of 2023 in connection with the filing of the bankruptcy.  We and the Law Firm have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

6.    That all of the facts contained in the Application for Approval of Employment of Justin P. Fasano, Esquire, Craig M. Palik, Esquire and McNamee Hosea, P.A. as Counsel for Debtor, are true and correct.

W, the undersigned Justin P. Fasano, Esquire and Craig M. Palik, Esquire, pursuant to 29 U.S.C. §1746, declare, under penalty of perjury, that I have personal knowledge of the matters set forth in this Declaration and the foregoing are true and correct.

**/s/ Craig M. Palik**
Craig M. Palik (Fed. Bar No. 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Telephone: (301) 982-9450
cpalik@mhlawyers.com

and

**/s/ Justin P. Fasano**
Justin P. Fasano (Fed. Bar No. 28659)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Telephone: (301) 982-9450
jfasano@mhlawyers.com
Proposed Attorneys for Debtor