B & L Funding, LLC
5600 Ashton Park Court
Glen Allen, VA 23059


James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147


Linden and Cassedy Condominium
c/o Brandon Fields, Esq.
Rudolph Fileds
4416 East-West Hwy
Bethesda, MD 20814


Montgomery County
Office of the County Attorney
101 Monroe Street
Rockville, MD 20850


The National Park Seminary
Master Association, Inc.
C/O ABARIS REALTY, INC.
7811 MONTROSE ROAD, SUITE 110
Potomac, MD 20854


WCP Fund I, LLC
2815 Hartland
Falls Church, VA 22043