BOOK 65027 PAGE 498

#13-03532774

Montgomery County, MD
Approved by JE  01/12/2022
Recordation Tax Paid  $1,072.45
CIP2 Paid  $209.30
Transfer Tax Paid  $0.00

Montgomery County Circuit Court
IMP FD SURE  $40.00
RECORDING FEE  $20.00

TOTAL  $60.00
KAB  FG  Jan 12, 2022  10:05 am

# LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement ("Agreement"), made this 23rd day of December, 2021, between Avamere NPS Stables, LLC ("Borrower") and B&L Funding, LLC ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") dated October 21, 2020 and recorded October 29, 2020 at Book 60943, Folio 252 among Land Records of the Montgomery County, Maryland and (2) the Note, bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at 2701 Linden Lane, Silver Spring, MD 20910, the real property described being set forth as follows:

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. The Loan Amount has modified to $ 545,500.00

2. The term is extended one (1) year with a maturity date of December 1, 2022.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument.

5. Borrower understands and agrees that:

    (a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

    (b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

    (c) Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

    (d) All costs and expenses incurred by Lender in connection with this Agreement, including recording

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) KAB 65027, p. 0498, MSA_CE63_64984. Date available 01/19/2022. Printed 11/08/2023.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) KAB 65027, p. 0499, MSA_CE63_64984. Date available 01/19/2022. Printed 11/08/2023.

fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

(e) Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

(f) Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging ☐

Avamere NPS Stables, LLC

LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae UNIFORM INSTRUMENT    Form 3179    1/01 (rev. 4/14)    (page 2 of 3)

Avamere NPS Stables, LLC

_____ (SEAL)
James C. Smith, MEMBER

_____ (SEAL)
James C. Smith, PERSONAL GUARANTOR

B & L Funding, LLC

_____ (SEAL)
Louis Stone, Member

_____ [Space Below This Line For Acknowledgments] _____

STATE OF __VA__ )
) SS:
COUNTY OF __Loudoun__ )
On this __13__ day of __December__ 2021 before me, __James Breakiron__, the undersigned officer, personally appeared, Avamere NPS Stables, LLC, Sole Owner, and James C. Smith, Managing Member, and Personal Guarantor, Borrower, known to me (or satisfactorily proven) to be a person whose name is subscribed to the within Deed of Trust, and acknowledged that he executed the same for the purposes therein contained.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
[Notarial Seal]
Serial Number: __7531513__
My commission expires: __10-31-2024__

JAMES T BREAKIRON
Notary Public - Reg. # 7531513
Commonwealth of Virginia
My Commission Expires Oct. 31, 2024

STATE OF __VA__ )
) SS:
COUNTY OF __Fairfax__ )
On this __21st__ day of __Dec__ 2021, before me, __Mark Einloth__, the undersigned officer, personally appeared, Louis Stone, Member of B & L Funding, LLC known to me (or satisfactorily proven) and acknowledged that he executed the same for the purposes therein contained.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
[Notarial Seal]
Serial Number: __356665__
My commission expires: __3/31/2023__

MARK J. EINLOTH
COMMONWEALTH OF VIRGINIA
NOTARY PUBLIC

LOAN MODIFICATION AGREEMENT—Single Family—Fannie Mae UNIFORM INSTRUMENT    Form 3179    1/01 (rev. 4/14)    (page 3 of 3)

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) KAB 65027, p. 0500, MSA_CE63_64984. Date available 01/19/2022. Printed 11/08/2023.

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City    [x] County: Montgomery

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only – All Copies Must Be Legible)*

### 1. Type(s) of Instruments
( ☐ Check Box if addendum Intake Form is Attached.)

| | | | |
|---|---|---|---|
| ☐ Deed | ☐ Mortgage | ☐ Other _____ | ☐ Other _____ |
| [x] Deed of Trust | ☐ Lease | | |

### 2. Conveyance Type — Check Box

☐ Improved Sale Arms-Length [1]    ☐ Unimproved Sale Arms-Length [2]    ☐ Multiple Accounts Arms-Length [3]    ☐ Not an Arms-Length Sale [9]

### 3. Tax Exemptions (if applicable) — Cite or Explain Authority

| Recordation | Modification |
|---|---|
| State Transfer | |
| County Transfer | |

### 4. Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ | Transfer Tax Consideration | $ |
| Any New Mortgage | $ 545500 | X ( ) % = | $ |
| Balance of Existing Mortgage | $ 425000 | Less Exemption Amount - | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

### 5. Fees

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 115.00 | $ | Agent: |
| Surcharge | $ | $ | Tax Bill: |
| State Recordation Tax | $ 1,228.20 | $ | |
| State Transfer Tax | $ | $ | C.B. Credit: |
| County Transfer Tax | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

### 6. Description of Property

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 13-03532774 | , | | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | 43 | 1 | | | |

**Location/Address of Property Being Conveyed (2)**
2701 Linden Lane, Silver Spring, MD 20910

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| | |

Residential [x] Or Non-Residential ☐   Fee Simple [x] or Ground Rent ☐   Amount: $_____

Partial Conveyance ☐ Yes [x] No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements

### 7. Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Avamere NPS Stables LLC | |

| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 Owner(s) of Record, if Different from Grantor(s) |
|---|---|
| | |

### 8. Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Jeffrey A. Ward, Esq. | |

**New Owner's (Grantee) Mailing Address**
44050 Ashburn Shopping Plaza $195-637, Ashburn, VA 20147

### 9. Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| B & L Funding, LLC | |

### 10. Contact/Mail Information

**Instrument Submitted By or Contact Person**    [x] Return to Contact Person

Name: James P. Yoke Esq.

Firm: The Atlantic Title Group    ☐ Hold for Pickup

Address: 605 Baltimore Annapolis Blvd., Suite 2

Severna Park, MD 21146    Phone: (410) 431-7117    ☐ Return Address Provided

### 11. IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

**Assessment Information**

☐ Yes [x] No   Will the property being conveyed be the grantee's principal residence?
☐ Yes [x] No   Does the transfer include personal property? If yes, identify: _____
☐ Yes [x] No   Was property surveyed? If Yes, attach copy of survey (if recorded, no copy required).

---

**Assessment use only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

---

Distribution:   White – Clerk's Office    Canary – SDAT    AOC-CC-300(5/2007).
Pink – Office of Finance    Goldenrod – Preparer

File No.: 21-748

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) KAB 65027, p. 0501, MSA_CE63_64984. Date available 01/19/2022. Printed 11/08/2023.