#13-03552774

BOOK: 67039 PAGE: 138

Tax NOT Required
Montgomery County, MD
05/25/2023 MAP

File No. 21-2290

# SUBORDINATION OF DEED OF TRUST

```
Montgomery County Circuit Court
IMP FD SURE          $40.00
RECORDING FEE        $20.00

TOTAL                $60.00
KAB  KM  May 26, 2023  10:41 am
```

This Subordination is made this 23rd day of December, 2021,
Between the Deed of trust Holder(s) B&L Funding LLC, whose address is 11400 Nuckols Road, Glen Allen, VA 23059

referred to as "I",

and the New Lender(s) WCP Fund I, LLC, whose address is 2815 Hartland Road, #200, Falls Church, VA 22043

referred to as "You".

If there is more than one Deed of trust Holder, the word "I" shall mean "We".

1. **Present Deed of trust.** I hold a deed of trust (referred to as the "present deed of trust"). The present deed of trust is dated October 21, 2020, and was made by Avamere NPS Stables LLC to B&L FUNDING LLC.

   I also hold the note, bond or other agreement for payment that is secured by the present deed of trust. The present deed of trust covers the property located in the City of Silver Spring in the State of Maryland. This present deed of trust*was recorded on October 29, 2020 in the Official Records of Montgomery County, State of Maryland in Book 60943 at Page 252. The original amount of the present deed of trust was $425,000.00. **And Modified to $545,500.00 in Book 65027, Page 498.**

2. **New Deed of trust.** You are about to make a loan in the principal amount of $3,135,000.00, which will be secured by a deed of trust (hereinafter referred to as "New Deed of trust") covering the same property as the present deed of trust.

3. **Subordination.** The present deed of trust will be subject, subordinate, and inferior in priority to the New Deed of trust. This includes all renewals and extensions of the New Deed of trust.

4. **Continuing Effect.** This Subordination changes only the priority of the present deed of trust. The present deed of trust remains in effect in all other respects.

5. **Who is Bound.** This Subordination is binding upon me and all who succeed to my rights as holder of the present deed of trust.

6. **Signatures.** I agree to this Subordination. If this Subordination is made by a corporation, its proper corporate officers sign and its corporate seal is affixed.

\* To be subordinated

B&L Funding LLC

By: _____
(Its duly authorized officer or agent)

**Louis Stone, Member**

Subordination of Deed of trust

File No.: 21-2290

Page 1 of 2

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) KAB 67039, p. 0138, MSA_CE63_66996. Date available 05/31/2023. Printed 11/06/2023.

BOOK: 60893 PAGE: 139

File No. 21-2290

STATE OF VIRGINIA  
COUNTY OF FAIRFAX    SS

I CERTIFY that on the 23rd day of December, 2021    personally came before me Louis Stone as member of B&L Funding LLC who acknowledged under oath to my satisfaction, that this person (or if more than one, each person):

(a) was the maker of the attached instrument;
(b) was authorized to and did execute this instrument as member *(title)* of B&L Funding LLC, the entity named in this instrument; and,
(c) executed this instrument as the act of the entity named in this instrument.

_____
*(Print name and title below signature)*



RECORD AND RETURN TO:  
The Atlantic Title Group  
605 Baltimore Annapolis Blvd.  
Suite 2  
Severna Park, MD 21146

Subordination of Deed of trust

File No.: 21-2290                                                                 Page 2 of 2

Case 23-00285-ELG    Doc 23-2    Filed 11/08/23    Entered 11/08/23 21:56:45    Desc
Exhibit B - Subordination Agreement    Page 3 of 4

BOOK: 670893 PAGE: 140

# EXHIBIT "A"
## Property Description

**Closing Date:**         December 23, 2021

**Borrower(s):**          Avamere NPS Stables LLC

**Property Address:**     2701 Linden Lane, Silver Spring, MD 20910

PROPERTY DESCRIPTION:

Lot 43, Block 1, in a subdivision known as "FOREST GLEN PARK" per plat thereof recorded as Plat No. 23374 among the Land Records of Montgomery County, Maryland.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) KAB 67039, p. 0140, MSA_CE63_66996. Date available 05/31/2023. Printed 11/06/2023.

Case 23-00285-ELG   Doc 23-2   Filed 11/08/23   Entered 11/08/23 21:56:45   Desc
Exhibit B - Subordination Agreement   Page 4 of 4

BOOK: 67039 PAGE: 141

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City   [x] County: Montgomery

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only – All Copies Must Be Legible)*

## 1. Type(s) of Instruments
( ☐ Check Box if addendum Intake Form is Attached.)

| Deed | Mortgage | Other | SUB | Other | |
|---|---|---|---|---|---|
| Deed of Trust | Lease | [x] | | | |

## 2. Conveyance Type – Check Box
☐ Improved Sale Arms-Length [1]   ☐ Unimproved Sale Arms-Length [2]   ☐ Multiple Accounts Arms-Length [3]   ☐ Not an Arms-Length Sale [9]

## 3. Tax Exemptions (if applicable) – Cite or Explain Authority
- Recordation: Subordination
- State Transfer:
- County Transfer:

## 4. Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only – Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X (   ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount - | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X (   ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

## 5. Fees

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 60 | $ | Agent: |
| Surcharge | $ | $ | Tax Bill: |
| State Recordation Tax | $ | $ | |
| State Transfer Tax | $ | $ | C.B. Credit: |
| County Transfer Tax | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

## 6. Description of Property
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 13-03532774 | , | | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | 43 | 1 | | | |

Location/Address of Property Being Conveyed (2): 2701 Linden Lane, Silver Spring, MD 20910

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|

Residential [x]   Or Non-Residential ☐   Fee Simple [x]   or Ground Rent ☐   Amount: $_____

Partial Conveyance ☐ Yes [x] No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements

## 7. Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| B & L Funding, LLC | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 Owner(s) of Record, if Different from Grantor(s) |

## 8. Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| WCP Fund I, LLC | |

New Owner's (Grantee) Mailing Address: 44050 Ashburn Shopping Plaza $195-637, Ashburn, VA 20147

## 9. Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|

## 10. Contact/Mail Information

Instrument Submitted By or Contact Person   [x] Return to Contact Person
Name: James P. Yoke Esq.
Firm: The Atlantic Title Group   ☐ Hold for Pickup
Address: 605 Baltimore Annapolis Blvd., Suite 2
Severna Park, MD 21146   Phone: (410) 431-7117   ☐ Return Address Provided

## 11. IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

Assessment Information:
- ☐ Yes [x] No   Will the property being conveyed be the grantee's principal residence?
- ☐ Yes [x] No   Does the transfer include personal property? If yes, identify: _____
- ☐ Yes [x] No   Was property surveyed? If Yes, attach copy of survey (if recorded, no copy required).

### Assessment use only – Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution:   White – Clerk's Office   Canary – SDAT   AOC-CC-300(5/2007).
Pink – Office of Finance   Goldenrod – Preparer

File No.: 21-748

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) KAB 67039, p. 0141, MSA_CE63_66996. Date available 05/31/2023. Printed 11/06/2023.