Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-285-ELG |
| | ) | (Chapter 11) |
| AVAMERE NPS STABLES LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION TO
MOTION TO TAKE EXAMINATION OF (I) THE KEY GROUP, LLC
T/A THE ATLANTIC TITLE GROUP AND (II) JAMES P. YOKE, ESQ.,
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

NOTICE IS HEREBY GIVEN that WCP Fund I LLC has filed a motion seeking to take the examination of The Key Group, LLC and James P. Yoke, Esq., seeking a production of documents from both parties and the oral examination of Mr. Yoke.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE November 16, 2023, you must file and serve a written response. The response must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The response must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the objection has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for November 29, 2023 at 10:00 AM. The hearing will be held via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: November 9, 2023      By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to (i) the Debtor's counsel; (ii) the United States Trustee; and (iii) all others registered to receive such notice, with copies also being sent via US Mail, postage prepaid, to:

The Key Group, LLC
605 Baltimore Annapolis Blvd. #2
Severna Park, Maryland 21146

James Yoke, Esq.
Atlantic Title Group
605 Baltimore Annapolis Blvd #2
Severna Park, MD 21146

and

Avamere NPS Stables LLC
c/o James Smith

44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

                                              /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig