IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00285-ELG |
| | ) | |
| AVAMERE NPS STABLES LLC | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO TAKE EXAMINATION OF (I) THE KEY GROUP, LLC T/A THE ATLANTIC TITLE GROUP AND (II) JAMES P. YOKE, ESQ., PURSUANT TO <u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004</u>**

Comes now Avamere NPS Stables LLC ("Debtor" or the "Movant"), the Debtor herein, by and through undersigned counsel, and moves this Honorable Court, pursuant to Federal Rule of Bankruptcy Procedure 2004, for authority to (a) issue subpoenas for the production of documents, to (i) The Key Group, LLC t/a The Atlantic Title Group ("ATG"); and (ii) James P. Yoke, Esq. ("Mr. Yoke"), and (b) for attendance at an oral examination, to Mr. Yoke.

On November 8, 2023, WCP Fund I LLC ("WCP"), a creditor herein, moved (the "WCP 2004 Motion," Docket No. 23) for authority to issue subpoenas for production of documents and to take the deposition of ATG and Mr. Yoke. The Debtor adopts the factual assertions made by WCP in the second through fourth paragraphs of the introduction of the WCP 2004 Motion (without adopting WCP's legal positions regarding its lien priority)[1], as if set forth fully herein, and asserts that the examination of ATG and Mr. Yoke are necessary for the administration of this case, including determinations of lien priority.

---

[1] The Debtor does not hereby make any assertion regarding WCP's potential involvement, or potential lack thereof, in filing the Modification Agreement and Subordination Agreement.

Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtor*

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) authorize the issuance of the subpoenas (a) issue subpoenas for the production of documents, to (i) The Key Group, LLC t/a The Atlantic Title Group ("ATG"); and (ii) James P. Yoke, Esq. ("Mr. Yoke"), and (b) for attendance at an oral examination, to Mr. Yoke; and (ii) afford such other and further relief as may be just and proper.

Dated: November 9, 2023               Respectfully submitted,

/s/ Justin P. Fasano
Craig M. Palik, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

The Key Group, LLC
605 Baltimore Annapolis Blvd. #2
Severna Park, Maryland 21146

James Yoke, Esq.
Atlantic Title Group
605 Baltimore Annapolis Blvd #2
Severna Park, MD 21146

and

Avamere NPS Stables LLC
c/o James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

I FURTHER CERTIFY that I have also sent a copy of the foregoing James Yoke, Esq., via electronic mail, to jay@theatlantictitlegroup.com

/s/ Justin P. Fasano
Justin P. Fasano