IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00285-ELG |
| | ) | |
| AVAMERE NPS STABLES LLC | ) | (Chapter 11) |
| | ) | |
|     Debtor. | ) | |
| | ) | |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO
TO MOTION TO TAKE EXAMINATION OF (I) THE KEY GROUP, LLC T/A THE
ATLANTIC TITLE GROUP AND (II) JAMES P. YOKE, ESQ., PURSUANT TO
<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004</u>**

      **PLEASE TAKE NOTICE** that Avamere NPS Stables LLC ("Debtor" or the "Movant"), the Debtor herein,, has filed a *Motion to Take Examination of (I) The Key Group, LLC t/a The Atlantic Title Group And (II) James P. Yoke, Esq., Pursuant to Federal Rule of Bankruptcy Procedure 2004* ("Motion").

      **NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE November 16, 2023, you must file and serve a written response. The response must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The response must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection**

      NOTICE OF HEARING. A hearing on the objection has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for November 29, 2023 at 10:00 AM. The hearing will be held via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtor*

Dated: November 9, 2023                             Respectfully submitted,

/s/ Justin P. Fasano
Craig M. Palik, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

The Key Group, LLC
605 Baltimore Annapolis Blvd. #2
Severna Park, Maryland 21146

James Yoke, Esq.
Atlantic Title Group
605 Baltimore Annapolis Blvd #2
Severna Park, MD 21146

and

Avamere NPS Stables LLC
c/o James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

I FURTHER CERTIFY that I have also sent a copy of the foregoing James Yoke, Esq., via electronic mail, to jay@theatlantictitlegroup.com

/s/ Justin P. Fasano
Justin P. Fasano

2