# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Avamere NPS Stables, LLC,** | Bankr. Case No. 23-00285-ELG |
| **Debtor(s).** | Chapter 11 |

## ORDER DISMISSING CASE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that this case is DISMISSED; and it is further

1

ORDERED that the clerk shall mail copies of this order to the parties noted listed below and give notice of this order to all parties listed in the mailing matrix.

I ask for this:

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: /s/ Sara Kathryn Mayson
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov

All Parties
All Counsel

END OF ORDER