**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Avamere NPS Stables, LLC,** | Bankr. Case No. 23-00285-ELG |
| **Debtor(s).** | Chapter 11 |

**ORDER CONVERTING CASE TO CHAPTER 7**

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that this case is CONVERTED to a case under chapter 7 of Title 11 of the United States Code; and it is further

1

ORDERED that within 30 days of the entry of this order the debtor shall file and transmit to the United States Trustee a final report and account; and it is further

ORDERED that the clerk shall mail copies of this order to the entities noted below and shall give all creditors notice that this case has been converted to chapter 7.

I ask for this:

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Sara Kathryn Mayson*
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov

All Parties
All Counsel

END OF ORDER