IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**Avamere NPS Stables, LLC,**<br><br>Debtor. | Bankr. Case No. 23-00285-ELG<br><br>Chapter 11 |

**MOTION TO EXPEDITE HEARING AND SHORTEN TIME TO RESPOND**

Gerard R. Vetter, Acting United States Trustee for Region 4 (the "U.S. Trustee"), by counsel, moves this Court, to shorten time to respond to and expedite the hearing on the U.S. Trustee's Motion to Convert or Dismiss (the "Motion to Convert or Dismiss"). In support of this Motion, the U.S. Trustee states as follows:

**FACTUAL BACKGROUND**

1. On October 5, 2023, Avamere NPS Stables, LLC filed for Chapter 11 Bankruptcy in the District of Columbia. Dkt No. 1.

2. This Court has jurisdiction over this matter pursuant to §§ 1334 and 157. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The facts as provided in the U.S. Trustee's Motion to Convert or Dismiss, filed contemporaneous herewith, are incorporated by reference.

4. Through the Motion to Convert or Dismiss, the U.S. Trustee seeks entry of an Order converting the case to chapter 7 or dismissing the case.

Office of United States Trustee
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423
sara.kathryn.mayson@usdoj.gov

1

## BASIS FOR RELIEF

5. Federal Rule of Bankruptcy Procedure 9006(c) provides that "…when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

6. The new version of the Local Rules of this Honorable Court, in turn, provide a specific procedure for the shortening of time and for the noticing of an expedited hearing:

> If a movant requests that the time for filing objections should be shortened and/or that a more expedited hearing is needed, the movant shall contemporaneously file a separate motion (a "Motion to Shorten") requesting that the court shorten the time to object and/or requesting that the Court set an expedited hearing (an "Expedited Hearing Motion"). The Motion shall include statements explaining why the underlying substantive motion requires an expedited ruling by the Court and any time restrictions or other relevant information. A notice of the underlying substantive motion(s) shall not be filed until the Court rules on the Motion to Shorten or Expedited Hearing Motion.

Local Rule 9013-2(a).

## ARGUMENT

7. The U.S. Trustee has previously communicated to Debtor's counsel the deficiencies of the case that support the Motion to Convert or Dismiss.

8. The basis of the U.S. Trustee's Motion to Dismiss or Convert includes failure to provide proof of insurance on the single asset of the Debtor.

9. The U.S. Trustee seeks to have his Motion to Convert or Dismiss heard expeditiously so as to not leave the bankruptcy estate vulnerable to complete loss of its main assets. The case has been pending for over six weeks and despite repeated attempts to ensure the property is protected, the U.S. Trustee believes that the Debtor does not have insurance to cover the property.

10. The U.S. Trustee has informed Debtor's counsel that a Motion to Dismiss or Convert would be filed if proper proof of insurance was not provided.

11. According to Bankruptcy Rule 2002(a), a motion to convert or dismiss a chapter 11 case shall have 21 days' notice, but the Court may order otherwise.

12. Accordingly, the U.S. Trustee wishes to expedite the hearing and shorten time to respond to the Motion to Convert or Dismiss.

13. The U.S. Trustee requests that a hearing on the Motion to Convert or Dismiss be set for December 6, 2023.

14. To the extent the Court grants the relief requested in this Motion to Expedite Hearing and Shorten Time, the U.S. Trustee will immediately serve a copy of the notice of hearing via electronic transmission.

WHEREFORE, the Acting United States Trustee, respectfully requests that the Court enter an Order shortening the time to respond to the Motion to Convert or Dismiss and setting an expedited hearing thereon.

November 28, 2023                                    GERARD R. VETTER
                                                     ACTING U.S. TRUSTEE, REGION 4

                                                     By:  /s/ Sara Kathryn Mayson
                                                     Sara Kathryn Mayson
                                                     Trial Attorney, NC Bar # 55280
                                                     1725 Duke Street, Suite 650
                                                     Alexandria, VA 22314
                                                     (703) 557-0423 (Direct Dial)
                                                     (202) 841-8501 (Office Cell)
                                                     sara.kathryn.mayson@usdoj.gov

**Certificate of Service**

       I hereby certify that on November 28, 2023, I electronically filed the foregoing Motion to Expedite and Shorten Time with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

- **Kristen S. Eustis**     Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com
- **Sara Kathryn Mayson**     sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Craig Palik**     cpalik@mhlawyers.com, cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;hleaphart@mhlawyers.com;palik.craigr92003@notify.bestcase.com
- **U. S. Trustee for Region Four**     USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

       I hereby certify that a copy of the Motion was also served upon all the parties listed below, by first class mail, postage prepaid:

**Avamere NPS Stables LLC**
c/o James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

                                                       /s/ *Sara Kathryn Mayson*