The order below is hereby signed.

Signed: November 28 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00285-ELG |
| | ) | |
| AVAMERE NPS STABLES LLC | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO TAKE EXAMINATION OF (I) THE KEY GROUP, LLC T/A THE ATLANTIC TITLE GROUP AND (II) JAMES P. YOKE, ESQ., PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Upon consideration of the Motion To Take Examination Of (I) The Key Group, Llc T/A The Atlantic Title Group And (II) James P. Yoke, Esq., Pursuant To Federal Rule Of Bankruptcy Procedure 2004 (the "Motion"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED that Avamere NPS Stables LLC is hereby authorized but not directed to (a) issue subpoenas for the production of documents, to (i) The Key Group, LLC t/a The Atlantic Title Group; and (ii) James P. Yoke, Esq. ("Mr. Yoke"), and (b) issue subpoenas for attendance at an oral examination to Mr. Yoke concerning the Subordination Agreement and Modification

Agreement, as described in the papers at Docket No. 23, and the transactions to which they relate.

**END OF ORDER**

**I ASK FOR THIS**

/s/ Justin P. Fasano
Justin P. Fasano, Fed Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Attorneys for Debtor*

**Copies to:**

The Key Group, LLC
605 Baltimore Annapolis Blvd. #2
Severna Park, Maryland 21146

James Yoke, Esq.
Atlantic Title Group
605 Baltimore Annapolis Blvd #2
Severna Park, MD 21146