The order below is hereby signed.

Signed: November 28 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-285-ELG |
| | ) | (Chapter 11) |
| AVAMERE NPS STABLES LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO TAKE EXAMINATION OF (I) THE KEY GROUP, LLC T/A THE ATLANTIC TITLE GROUP AND (II) JAMES P. YOKE, ESQ., PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Upon consideration of the Motion to Take Examination of (i) the Key Group, LLC t/a The Atlantic Title Group and (ii) James P. Yoke, Esq., Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") filed by WCP Fund I LLC ("WCP" or the "Movant"), the lack of opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that WCP may cause to be issued any and/or all of the subpoenas attached to the Motion.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*