The order below is hereby signed.

Signed: November 28 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Avamere NPS Stables, LLC,** | **Bankr. Case No. 23-00285-ELG** |
| **Debtor(s).** | **Chapter 11** |

**ORDER GRANTING MOTION TO EXPEDITE HEARING AND TO SHORTEN TIME TO RESPOND TO THE ACTING UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS**

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 (the "U.S. Trustee") to Expedite Hearing and Shorten Time to Respond (the "Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the hearing on the U.S. Trustee's Motion to Convert or Dismiss shall be held on December 6, 2023 at 10:00 a.m., in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations;

ORDERED, that immediately upon entry of this Order, the U.S. Trustee shall serve a notice of the hearing to all required parties.

I ask for this:

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Sara Kathryn Mayson*
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov

All Parties
All Counsel

END OF ORDER