# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**Avamere NPS Stables, LLC,**<br><br>Debtor. | Case No. 23-00285-ELG<br><br>Chapter 11 |

## NOTICE OF MOTION TO CONVERT OR DISMISS AND HEARING

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to dismiss or convert.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **December 6, 2023 at 10:00 a.m**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Office of United States Trustee
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423
sara.kathryn.mayson@usdoj.gov

Dated: November 28, 2023

Gerard R. Vetter
Acting United States Trustee
For Region 4

By:  /s/ *Sara Kathryn Mayson*
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing Notice of Motion and Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

- **Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov**
- **Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com**
- **Sara Kathryn Mayson    sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov**
- **Craig Palik    cpalik@mhlawyers.com, cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;hleaphart@mhlawyers.com;palik.craigr92003@notify.bestcase.com**
- **U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV**
- **Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email**

I hereby certify that a copy of the Notice of Motion and Notice of Hearing was also served upon all the parties listed below, by first class mail, postage prepaid:

**Avamere NPS Stables LLC**
c/o James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

/s/ *Sara Kathryn Mayson*

2