# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 23-00285-ELG** |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | **Case No. 23-00286-ELG** |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES

Avamere NPS Carpenters LLC ("Carpenters") and Avamere NPS Stables LLC ("Stables, and collectively with Carpenters, the "Debtors"), the Debtors herein, by and through undersigned counsel, move this Honorable Court for an order dismissing these cases, and state as follows.

The Debtors filed for Chapter 11 bankruptcy on October 5, 2023, each Debtor declaring itself to be a "single asset real estate" debtor pursuant to 11 U.S.C. § 101(51B). The Debtors have no income and believe their properties are underwater if left unfinished. The Debtors have no significant unencumbered assets. The Debtors have explored seeking new financing but do not believe that such new financing is feasible at this time. The Debtors have minimal unsecured creditors. The 90th day after the bankruptcy is January 4, 2024, and despite discussions with their major secured creditor, the Debtors do not believe that they are in a position to propose a

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

Chapter 11 plan. Under the circumstances, cause exists for the dismissal of these Chapter 11 cases.

WHEREFORE, the Debtors respectfully request that the Court enter an order providing for the dismissal of these cases pursuant to 11 U.S.C. § 1112, and that the Court grant such other relief as it deems appropriate and proper.

Dated: December 28, 2023                    Respectfully submitted,

/s/ Justin P. Fasano
Craig M. Palik, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano

2