**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** ) | **Case No. 23-00285-ELG** | |
| ) | | |
| **AVAMERE NPS STABLES LLC** ) | **(Chapter 11)** | |
| ) | | |
| Debtor. ) | | |
| ) | | |
| **In re:** ) | **Case No. 23-00286-ELG** | |
| ) | | |
| **AVAMERE NPS CARPENTERS LLC** ) | **(Chapter 11)** | |
| ) | | |
| Debtor. ) | | |
| ) | | |

**NOTICE OF HEARING AND NOTICE OF OPPORTUNITY TO**
**OBJECT TO DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES**

Avamere NPS Carpenters LLC ("Carpenters") and Avamere NPS Stables LLC ("Stables, and collectively with Carpenters, the "Debtors"), the Debtors herein, by and through undersigned counsel, have filed a *Motion to Dismiss Chapter 11 Cases* (the "Motion"), moving this Honorable Court for an order dismissing these cases.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:

☒  **On or before January 17, 2023,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

>Clerk of the Bankruptcy Court
>E. Barrett Prettyman U.S. Courthouse
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001

Any objection filed must be sent to:

>Justin P. Fasano
>McNamee Hosea, P.A.
>6404 Ivy Lane, Suite 820
>Greenbelt, MD 20770

☒    **PLEASE TAKE NOTICE that a hearing will be held on January 24, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: December 28, 2023            Respectfully submitted,

>/s/ Justin P. Fasano
>Justin P. Fasano, Esq.
>6404 Ivy Lane, Suite 820
>Greenbelt, Maryland 20770
>(301) 441-2420: Telephone
>jfasano@mhlawyers.com
>*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby, and by first class mail, postage prepaid to the parties on the attached matrix.

>/s/ Justin P. Fasano
>Justin P. Fasano

2