```
Label Matrix for local noticing          Avemore NPS Stables LLC              WCP Fund I LLC
0090-1                                   c/o James Smith                      c/o Maurice B. VertSandig, Esq.
Case 23-00285-ELG                        44050 Ashburn Shopping Plaza         The VerStandig Law Firm, LLC
United States Bankruptcy Court for the Distri   Suite 195-637                 1452 W. Horizon Ridge Pkwy
Washington, D.C.                         Ashburn, VA 20147-7915                #665
Thu Dec 28 11:10:59 EST 2023                                                  Henderson, NV 89012-4422

Washington, D.C.                         B & L Funding, LLC                   Effect Inc.
E. Barrett Prettyman U. S. Courthouse    5600 Ashton Park Court               1350 Beverly Road, Suite 115-316
333 Constitution Ave, NW #1225           Glen Allen, VA 23059-7127            McLean, VA 22101-3917
Washington, DC 20001-2802


James Smith                              Linden and Cassedy Condominium       Montgomery County
44050 Ashburn Shopping Plaza             c/o Brandon Fields, Esq.             Office of the County Attorney
Suite 195-637                            Rudolph Fileds                       101 Monroe Street
Ashburn, VA 20147-7915                   4416 East-West Hwy                   Rockville, MD 20850-2503
                                         Bethesda, MD 20814-4565


The National Park Seminary               U. S. Trustee for Region Four        WCP Fund I, LLC
Master Association, Inc.                 U. S. Trustee's Office               2815 Hartland
C/O ABARIS REALTY, INC.                  1725 Duke Street                     Falls Church, VA 22043-3548
7811 MONTROSE ROAD, SUITE 110            Suite 650
Potomac, MD 20854-3349                   Alexandria, VA 22314-3489


Craig Palik                              Justin Philip Fasano                 End of Label Matrix
McNamee Hosea                            McNamee Hosea, P.A.                  Mailable recipients     13
6404 Ivy Lane                            6404 Ivy Lane                        Bypassed recipients      0
Suite 820                                Ste 820                              Total                   13
Greenbelt, MD 20770-1416                 Greenbelt, MD 20770-1416
```