# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-00285-ELG |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | Case No. 23-00286-ELG |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION FOR ORDER COMBINING HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF DEBTORS' JOINT PLAN OF LIQUIDATION

Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Debtors"), by undersigned counsel, files this *Motion for Order Combining Hearing on Approval of Disclosure Statement and Confirmation of Debtors' Joint Plan of Liquidation* (the "Motion"), and in support thereof states as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue lies properly in this Court, pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is a core proceeding pursuant to 28 U.S.C. §157.

### The Chapter 11 Proceedings

4. On October 5, 2023 (the "Petition Date"), the Debtors each filed with this Court a voluntary petition for relief under chapter 11 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

1

5.      The Debtors are continuing in possession of their property and the management of their business as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

6.      No creditors' committee has been appointed in this case.

### The Debtors and their Business Operations

7.      Debtors are each single asset real estate limited liability companies.

8.      Carpenters owns the "Carpenters Property" which is that property commonly known as 2725 Cassedy Street, Silver Spring MD 20910, and more specifically known as Lot 22, Block 1 in a subdivision known as "Forest Glen Park" per plat thereof recorded as Plat No. 23377 among the Land Records of Montgomery County, Maryland. The Carpenters Property consists of six vacant condominium units located in Silver Spring, MD. The Carpenters Property was subject to liens in favor of Odeh Properties, LLC and WCP Fund I, LLC ("WCP").

9.      Stables owns the "Stables Property" which is that property commonly known as 2701 Linden Lane, Silver Spring MD 20910, and more specifically known as Lot 43, Block 1 in a subdivision known as "Forest Glen Park" per plat thereof recorded as Plat No. 23374 among the Land Records of Montgomery County, Maryland. The Stables Property consists of seven vacant condominium units located in Silver Spring, MD. The Stables Property was subject to liens in favor of B&L Funding, LLC and WCP.

10.      The events precipitating the Chapter 11 filings are the foreclosure filings scheduled by WCP on the Debtors' properties.

11.      There was originally a lien priority dispute between WCP and other lenders. However, since the bankruptcy filing B&L Funding, LLC released its lien on the Staples Property based on payments from third parties, and Odeh Properties, LLC agreed to release its lien as to the Carpenters Property.

**The Plan and Disclosure Statement**

12. Contemporaneously with this Motion, the Debtors filed their Joint Plan of Liquidation (the "Plan"), which provides for the transfer of the Properties to WCP in exchange for WCP considering all debt of the Debtors completely satisfied.

13. All parties are familiar with the history of this case, and the plan is consensual.

14. The Debtor has also filed a Disclosure Statement in Support of Debtors' Joint Plan of Liquidation (the "Disclosure Statement").

**Request for a Combined Hearing**

15. By this Motion, the Debtors requests that the hearing on approval of the Disclosure Statement be combined with the hearing to consider confirmation of the Plan. Section 105(d)(2)(B)(vi) of the Bankruptcy Code authorizes the Court to combine the hearing on approval of a disclosure statement with confirmation of a plan if such a procedure will ensure that a case is handled in an expeditious and economical manner.

16. The Debtors believes that good cause exists to combine the hearings to consider approval of the Disclosure Statement and Plan. The Plan is anticipated to be consensual. All creditors are sophisticated. There are no tenants.

17. Courts in this circuit and elsewhere have combined hearings to approve disclosure statements and with confirmation of a plan of reorganization. *See* Order Scheduling Concurrent Hearings on Approval of the Disclosure Statement and Confirmation of the Second Amended Joint Plan of Reorganization [Docket No. 538], *In re Luminent Mortgage Capital, Inc.*, Case No. 08-21389 (Bankr. D. Md. May 15, 2009); s*ee also In re Combustion Eng'g, Inc.*, 295 B.R. 459, 460 (Bankr. D. Del. 2003); *In re Cypresswood Land Partners, I*, Case No. 07-32437 (Bankr.

N.D. Tex. Sept. 26, 2008); Or. Granting Trustee's Emergency Motion [Docket No. 512], *In re Falcon Air Express, Inc.*, Case No. 06-11877 (Bankr. S.D. Fla. Feb. 5 2007).

WHEREFORE, the Debtors respectfully requests that the Court enter Orders:

a. granting the Motion;

b. directing that the hearing on approval of the Disclosure Statement be combined with the hearing on confirmation of the Plan; and

c. granting such other and further relief as is just and proper.

Dated: January 17, 2024                Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ *Justin P. Fasano*
Counsel