```
Label Matrix for local noticing          Avemore NRS Stables LLC                WCP Fund I LLC
0090-1                                    c/o James Smith                        c/o Maurice B. VertSandig, Esq.
Case 23-00285-ELG                         44050 Ashburn Shopping Plaza           The VerStandig Law Firm, LLC
United States Bankruptcy Court for the Distri    Suite 195-637                   1452 W. Horizon Ridge Pkwy
Washington, D.C.                          Ashburn, VA 20147-7915                 #665
Wed Jan 17 11:49:09 EST 2024                                                     Henderson, NV 89012-4422

Washington, D.C.                          B & L Funding, LLC                     Effect Inc.
E. Barrett Prettyman U. S. Courthouse     5600 Ashton Park Court                 1350 Beverly Road, Suite 115-316
333 Constitution Ave, NW #1225            Glen Allen, VA 23059-7127              McLean, VA 22101-3917
Washington, DC 20001-2802


James Smith                               Linden and Cassedy Condominium         Montgomery County
44050 Ashburn Shopping Plaza              c/o Brandon Fields, Esq.               Office of the County Attorney
Suite 195-637                             Rudolph Fileds                         101 Monroe Street
Ashburn, VA 20147-7915                    4416 East-West Hwy                     Rockville, MD 20850-2503
                                          Bethesda, MD 20814-4565


The National Park Seminary                U. S. Trustee for Region Four          WCP Fund I, LLC
Master Association, Inc.                  U. S. Trustee's Office                 2815 Hartland
C/O ABARIS REALTY, INC.                   1725 Duke Street                       Falls Church, VA 22043-3548
7811 MONTROSE ROAD, SUITE 110             Suite 650
Potomac, MD 20854-3349                    Alexandria, VA 22314-3489


Craig Palik                               Justin Philip Fasano                   End of Label Matrix
McNamee Hosea                             McNamee Hosea, P.A.                    Mailable recipients    13
6404 Ivy Lane                             6404 Ivy Lane                          Bypassed recipients     0
Suite 820                                 Ste 820                                Total                  13
Greenbelt, MD 20770-1416                  Greenbelt, MD 20770-1416
```