# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 23-00285-ELG** |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | **Case No. 23-00286-ELG** |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

### WITHDRAWAL OF DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES

Avamere NPS Carpenters LLC ("Carpenters") and Avamere NPS Stables LLC ("Stables, and collectively with Carpenters, the "Debtors"), the Debtors herein, by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041, made applicable herein by Federal Rule of Bankruptcy Procedure 9014, hereby withdraw their motion for an order dismissing these cases without prejudice.

[signatures on next page]

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

Dated: January 17, 2024            Respectfully submitted,

/s/ Justin P. Fasano
Craig M. Palik, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
cpalik@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Debtors*

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano

2