The order below is hereby signed.

Signed: January 18 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-00285-ELG |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | (Chapter 11) |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### ORDER APPROVING EMPLOYMENT OF JUSTIN P. FASANO, ESQUIRE, CRAIG M. PALIK, ESQUIRE AND MCNAMEE HOSEA, P.A., AS COUNSEL FOR DEBTOR

UPON CONSIDERATION of the Amended Application for Employment of Justin P. Fasano, Esquire, Craig M. Palik, Esquire and McNamee Hosea, P.A., as Counsel for Debtor, and this Court having found that Justin P. Fasano, Esquire, Craig M. Palik, Esquire are attorneys duly authorized to practice in the District of Columbia, and the Court having been satisfied that Justin P. Fasano, Craig M. Palik, Esquire and McNamee Hosea, P.A., do not hold any interest adverse to the Debtor, Avamere NPS Stables, LLC (the "Debtor"), or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that Debtor be and is authorized to employ under general retainer Justin P. Fasano, Esquire, Craig M. Palik, Esquire and the law firm of McNamee Hosea, P.A. the ("Law Firm") as counsel for Debtor as of the Petition Date, and that all compensation paid to the Law Firm by Debtor is subject to review and approval by further Order of this Court.

**END OF ORDER**

**I ASK FOR THIS**

/s/ Justin P. Fasano
Craig M. Palik, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Debtors*

**SEEN AND NO OBJECTION**

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: /s/ Sara Kathryn Mayson
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov