The order below is hereby signed.

Signed: January 18 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-00285-ELG |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | (Chapter 11) |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### ORDER APPROVING EMPLOYMENT OF JUSTIN P. FASANO, ESQUIRE, CRAIG M. PALIK, ESQUIRE AND MCNAMEE HOSEA, P.A., AS COUNSEL FOR DEBTOR

UPON CONSIDERATION of the Amended Application for Employment of Justin P. Fasano, Esquire, Craig M. Palik, Esquire and McNamee Hosea, P.A., as Counsel for Debtor, and this Court having found that Justin P. Fasano, Esquire, Craig M. Palik, Esquire are attorneys duly authorized to practice in the District of Columbia, and the Court having been satisfied that Justin P. Fasano, Craig M. Palik, Esquire and McNamee Hosea, P.A., do not hold any interest adverse to the Debtor, Avamere NPS Stables, LLC (the "Debtor"), or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that Debtor be and is authorized to employ under general retainer Justin P. Fasano, Esquire, Craig M. Palik, Esquire and the law firm of McNamee Hosea, P.A. the ("Law Firm") as counsel for Debtor as of the Petition Date, and that all compensation paid to the Law Firm by Debtor is subject to review and approval by further Order of this Court.

**END OF ORDER**

**I ASK FOR THIS**

/s/ Justin P. Fasano
Craig M. Palik, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Debtors*

**SEEN AND NO OBJECTION**

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: /s/ Sara Kathryn Mayson
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00285-ELG

Avamere NPS Stables LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1    User: admin    Page 1 of 2
Date Rcvd: Jan 18, 2024    Form ID: pdf001    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Avamere NPS Stables LLC, c/o James Smith, 44050 Ashburn Shopping Plaza, Suite 195-637, Ashburn, VA 20147-7915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

**Name**  **Email Address**

Craig Palik
    on behalf of Debtor In Possession Avamere NPS Stables LLC cpalik@mhlawyers.com
    cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;hleaphart@mhlawyers.com;palik.craigr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Debtor In Possession Avamere NPS Stables LLC jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Creditor WCP Fund I LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sara Kathryn Mayson

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 18, 2024 | Form ID: pdf001 | Total Noticed: 1

on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 6