**FILED**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAN 2 4 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| In re: | ) | **Case No. 23-00285-ELG** |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | **Case No. 23-00286-ELG** |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF HEARING AND NOTICE OF OPPORTUNITY TO**
**OBJECT TO DEBTORS' MOTION FOR ORDER COMBINING HEARING ON**
**APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF DEBTORS'**
**JOINT PLAN OF LIQUIDATION**

Avamere NPS Carpenters LLC ("Carpenters") and Avamere NPS Stables LLC ("Stables, and collectively with Carpenters, the "Debtors"), the Debtors herein, by and through undersigned counsel, have filed a *Motion for Order Combining Hearing on Approval of Disclosure Statement and Confirmation of Debtors' Joint Plan of Liquidation* (the "Motion"), moving this Honorable Court for an order combining approval on the Debtors' disclosure statement and confirmation of the Debtors' Chapter 11 plan.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)   If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

☒　　**On or before January 26, 2023,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or

Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*



before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

Any objection filed must be sent to:

> Justin P. Fasano
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770

☒  **PLEASE TAKE NOTICE that a hearing will be held on January 31, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: January 17, 2024                    Respectfully submitted,

> /s/ Justin P. Fasano
> Justin P. Fasano, Esq.
> 6404 Ivy Lane, Suite 820
> Greenbelt, Maryland 20770
> (301) 441-2420: Telephone
> jfasano@mhlawyers.com
> *Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby, and by first class mail, postage prepaid to the parties on the attached matrix.

/s/ Justin P. Fasano
Justin P. Fasano