**McNamee Hosea**
Attorneys & Advisors

McNamee Hosea
6404 Ivy Lane, Suite 820     O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

Avamere NPS Stables LLC  
Jamie Smith  
44050 Ashburn Shopping Plaza  
Suite 195-637  
Ashburn, VA 20147

Statement as of March 13, 2024

Statement No. 341899

|  | Previous Balance | Current Fees | Current Expenses | Current Billing | Payments | Total Balance Due |
|---|---|---|---|---|---|---|
| **Matter ID:22467-1001**<br>General Matters and Expenses | 0.00 | 5,461.20 | 1.89 | 5,463.09 | 0.00 | 5,463.09 |
| **Matter ID:22467-1002**<br>Preparation of Petition and Schedules | 0.00 | 885.60 | 0.00 | 885.60 | 0.00 | 885.60 |
| **Matter ID:22467-1003**<br>Administration | 0.00 | 1,505.25 | 0.00 | 1,505.25 | 0.00 | 1,505.25 |
| **Matter ID:22467-1004**<br>Employment and Fee Application | 0.00 | 407.25 | 0.00 | 407.25 | 0.00 | 407.25 |
| **Matter ID:22467-1005**<br>Disclosure Statement and Plan | 0.00 | 3,030.30 | 0.00 | 3,030.30 | 0.00 | 3,030.30 |

Total Now Due:     $11,291.49

**Thank You**  
Terms: Net Due Upon Receipt  
Please include Matter ID Number with Remittance  
**Please visit www.mhlawyers.com/payments to pay online.**  
**We accept VISA, MaterCard, Discover, American Express and ACH (bank to bank) payments.**

**McNamee Hosea**
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420

Avamere NPS Stables LLC
Jamie Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

Statement as of: March 13, 2024

Statement No. 341899

Matter ID: 22467-1001
General Matters and Expenses

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 10/05/2023 | JPF | Meet with J. Smith, prepare petition, resolution and related documents - Carpenters | 1.00 | 400.00 |
| 11/06/2023 | JPF | Analysis of subordination agreement. | 1.00 | 400.00 |
| 11/07/2023 | JPF | E-mail regarding subordination agreement. | 1.00 | 400.00 |
| 11/09/2023 | CSM | Prepare Envelopes. Mailing of Motion to Take Examination of The Key Group; The Atlantic Title Group: and J. Yoke; Notice | 0.20 | 28.00 |
| 11/09/2023 | JPF | Call with Smith and Verstandig and draft 2004 motion. | 0.70 | 280.00 |
| 11/14/2023 | JPF | E-mails regarding subordination | 0.60 | 240.00 |
| 11/17/2023 | JPF | Calls with Saul, Smith regarding subordination issues. | 0.70 | 280.00 |
| 11/21/2023 | JPF | Call with J. Smith regarding insurance issues, email with S. MAyson. | 0.30 | 120.00 |
| 11/28/2023 | JPF | Work on ODeh/ 2524 resolution. | 4.50 | 1,800.00 |
| 11/29/2023 | JPF | Prepare for and attend status conference, calls with J. Smith thereafter. | 0.50 | 200.00 |
| 12/01/2023 | JPF | E-mails regarding interlender resolution. | 0.80 | 320.00 |
| 12/05/2023 | JPF | Draft response regarding motion to dismiss, call with Verstandig regarding same. | 0.50 | 200.00 |
| 12/06/2023 | JPF | Hearing on motion to dismiss regarding insurance. | 0.50 | 200.00 |
| 12/27/2023 | JPF | Work on MORs, motion to dismiss, call with Verstandig and SMith regarding same. | 0.60 | 240.00 |
| 12/28/2023 | JPF | Finalize and file motion to dismiss, call Verstandig. | 0.30 | 120.00 |
| 01/09/2024 | JPF | Prepare for hearing | 0.20 | 80.00 |
| 01/11/2024 | JPF | Work on disclosure statement, motion to combine. | 1.60 | 640.00 |
| 01/23/2024 | JPF | E-mail regarding MORs | 0.10 | 40.00 |
| 01/31/2024 | JPF | Attend hearing, call with Verstandig, revise order regarding combining hearing. | 0.20 | 80.00 |
| | | Sub-total Fees: | | 6,068.00 |
| | | 10% Courtesy Discount: | | (606.80) |
| | | 10% Courtesy Discount: | | (606.80) |

| **Expenses** | | Amount |
|---|---|---|
| | Postage | 1.89 |
| | Sub-total Expenses: | $1.89 |
| | 10% Courtesy Discount: | (606.80) |
| | 10% Courtesy Discount: | (606.80) |

**Totals This Matter: 22467-1001**

| | |
|---|---|
| Total Current Billing: | $5,463.09 |
| Previous Balance Due: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$5,463.09** |

Matter ID: 22467-1002
Preparation of Petition and Schedules

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 10/18/2023 | CMP | E-mail to Smith regarding completion of schedules | 0.20 | 85.00 |
| 10/18/2023 | CSM | Email a copy of Schedules and Statement of Financial Affairs for review | 0.10 | 14.00 |
| 10/18/2023 | JPF | Work on schedules | 0.50 | 200.00 |
| 10/19/2023 | CMP | Review of e-mail from client regarding information needed to complete schedules | 0.20 | 85.00 |
| 10/19/2023 | JPF | Revise and file schedules, call with Smith regarding same. | 0.60 | 240.00 |
| 11/08/2023 | JPF | Call with Smith to prepare for 341. | 0.30 | 120.00 |
| 11/27/2023 | JPF | Prepare MOR. | 0.30 | 120.00 |
| 01/24/2024 | JPF | EMAIL regarding MORS. | 0.10 | 40.00 |
| 02/20/2024 | JPF | Draft January MOR | 0.20 | 80.00 |
| | | Sub-total Fees: | | 984.00 |
| | | 10% Courtesy Discount: | | (98.40) |
| | | 10% Courtesy Discount: | | (98.40) |

**Totals This Matter: 22467-1002**

| | |
|---|---|
| Total Current Billing: | $885.60 |
| Previous Balance Due: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$885.60** |

Matter ID: 22467-1003
Administration

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 10/06/2023 | CMP | E-mails with Acevedo regarding IDI; Calendar same | 0.20 | 85.00 |
| 10/09/2023 | CMP | Review of e-mails regarding scheduling of 341 meeting | 0.20 | 85.00 |
| 10/11/2023 | CMP | Attend IDI | 0.40 | 170.00 |
| 10/11/2023 | CMP | Review of notice of status conference | 0.20 | 85.00 |
| 10/11/2023 | CMP | E-mails to Acevedo forwarding IDI related items; E-mails and telephone call with client regarding same | 0.40 | 170.00 |
| 10/11/2023 | JPF | Calendar case deadlines and e-mail Smith regarding same. | 0.20 | 80.00 |
| 11/08/2023 | CMP | Review of Motion for 2004 Exam; Discuss same with Fasano | 0.30 | 127.50 |
| 11/08/2023 | JPF | Call with M. Verstandig regarding title issues. | 0.50 | 200.00 |
| 11/09/2023 | CMP | Prepare for and attend 341 Meeting; Follow-up call with client | 0.60 | 255.00 |
| 11/20/2023 | JPF | Call with M. Verstandig, J. Smith regarding global plan. | 0.40 | 160.00 |
| 11/21/2023 | CMP | E-mail with client regarding property insurance | 0.20 | 85.00 |
| 12/05/2023 | CMP | Review of opposition to Motion to Dismiss | 0.20 | 85.00 |
| 12/13/2023 | CMP | Review of e-mail from UST regarding insurance; Forward same to client | 0.20 | 85.00 |
| | | Sub-total Fees: | | 1,672.50 |
| | | 10% Courtesy Discount: | | (167.25) |
| | | 10% Courtesy Discount: | | (167.25) |

| **Totals This Matter: 22467-1003** | | |
|---|---|---|
| | Total Current Billing: | $1,505.25 |
| | Previous Balance Due: | $0.00 |
| | Interest on Past Due Balance: | $0.00 |
| | Payments: | $0.00 |
| | **Sub-Total This Matter:** | **$1,505.25** |

Matter ID: 22467-1004
Employment and Fee Application

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 10/06/2023 | CMP | Amend Application to Employ; File and prepare same for service (Avamere NPS Stables, LLC) | 0.50 | 212.50 |
| 10/11/2023 | JPF | Confer regarding disclosure of compensation. | 0.10 | 40.00 |
| 01/16/2024 | JPF | Work on fee application (w/o numbers) (0.4); draft employment order (0.1) | 0.50 | 200.00 |
| | | Sub-total Fees: | | 452.50 |
| | | 10% Courtesy Discount: | | (45.25) |
| | | 10% Courtesy Discount: | | (45.25) |

| **Totals This Matter: 22467-1004** | | Total Current Billing: | $407.25 |
|---|---|---|---|
| | | Previous Balance Due: | $0.00 |
| | | Interest on Past Due Balance: | $0.00 |
| | | Payments: | $0.00 |
| | | **Sub-Total This Matter:** | **$407.25** |

Matter ID: 22467-1005
Disclosure Statement and Plan

**Professional Fees**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/2023 | JPF | E-mails regarding conference call to discuss plan. | 0.10 | 40.00 |
| 10/25/2023 | CMP | Telephone call with client and co-counsel regarding plan for reorganization and negotiating with secured creditors | 0.50 | 212.50 |
| 10/25/2023 | JPF | Conference call with Strickland, Palik and clietn regarding plan, reveiw subordination agreement and confer with Schweitzer | 0.70 | 280.00 |
| 10/30/2023 | JPF | Review e-mails regarding subordination agreement. | 0.10 | 40.00 |
| 11/03/2023 | JPF | Call with Saul and Gerald. | 0.30 | 120.00 |
| 11/24/2023 | JPF | Call with J. Smith regarding Odeh issues. | 0.40 | 160.00 |
| 11/28/2023 | JPF | Work on J. Smith component of plan proposal. | 0.50 | 200.00 |
| 01/10/2024 | JPF | Work on plan (1.0); MOR (0.2); withdrawal (0.1); heairng notice (0.1). | 1.40 | 560.00 |
| 01/12/2024 | JPF | Revise plan/ disclosure statement. | 0.80 | 320.00 |
| 01/16/2024 | JPF | Final revision to plan and ds (.4); draft notice remotion to combine (0.1); draft confirmation order (0.5); draft ballots (0.2); tally of ballots (0.1). | 1.30 | 520.00 |
| 01/17/2024 | JPF | Finalize plan documents | 0.50 | 200.00 |
| 02/01/2024 | JPF | Work on plan COS | 0.30 | 120.00 |
| 02/02/2024 | JPF | Call with J. Smith regarding plan logistics. | 0.10 | 40.00 |
| 02/06/2024 | JPF | Finalize COS, coordinate service. | 0.20 | 80.00 |
| 02/06/2024 | MEE | Prepare mailing for class of ballot | 0.30 | 34.50 |
| 02/16/2024 | JPF | Call with Verstandig. | 0.10 | 40.00 |
| 03/06/2024 | JPF | Draft tally of ballots | 0.10 | 40.00 |
| 03/11/2024 | JPF | Call and e-mail Verstandig/ Eustis regarding confirmation order. | 0.30 | 120.00 |
| 03/12/2024 | JPF | Prepare for confirmation hearing. | 0.20 | 80.00 |
| 03/13/2024 | JPF | Prepare for and attend confirmation | 0.40 | 160.00 |
| | | Sub-total Fees: | | 3,367.00 |
| | | 10% Courtesy Discount: | | (336.70) |
| | | 10% Courtesy Discount: | | (336.70) |

**Totals This Matter: 22467-1005**            Total Current Billing:            $3,030.30

Page:4

|  |  |
|---|---:|
| Previous Balance Due: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$3,030.30** |

|  |  |
|---|---:|
| Previous Balance Due: | $0.00 |
| Total Current Fees: | $11,289.60 |
| Total Current Expenses: | $1.89 |
| Interest on Past Due Balance: | $0.00 |
| Total Current Billing: | $11,291.49 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$11,291.49** |

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**