# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 23-00285-ELG** |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | **Case No. 23-00286-ELG** |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO FIRST AND FINAL APPLICATION OF MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("McNamee Hosea"), counsel to Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Debtors"), has filed a *First and Final Application for Approval of Compensation and Expenses* ("Application") for the period October 5, 2023 through March 13, 2024. McNamee Hosea seeks final allowance of fees in the amount of $9,296.10 and expenses in the amount of $31.00 for Carpenters, for a total award of $9,327.10. McNamee Hosea seeks final allowance of fees in the amount of $11,289.60 and expenses in the amount of $1.89 for Stables, for a total award of $11,291.49. For both Debtors, McNamee Hosea seeks final allowance of fees in the amount of $20,405.70 and expenses in the amount of $32.89 for a total award of $20,438.59. This is the First and Final application for approval of compensation.

**PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, by April 5, 2024 file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by electronic transmission, delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memoranda , affidavits and documents in support of your objection. IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING. Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
Counsel for the Debtors

undersigned.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

March 15, 2024　　　　　　　　　　RESPECTFULLY SUBMITTED,

                                            /s/ *Justin P. Fasano*
                                            Justin P. Fasano (DC Bar MD21201)
                                            McNamee Hosea
                                            6404 Ivy Lane, Suite 820
                                            Greenbelt, MD 20770
                                            (301) 441-2420
                                            jfasano@mhlawyers.com
                                            Counsel for the Debtors

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2024, a copy of the foregoing *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid, to:

        James Smith
        44050 Ashburn Shopping Plaza
        Suite 195-637
        Ashburn, VA 20147

        Office of the United States Trustee
        1725 Duke Street, Suite 650
        Alexandria, VA 22314

        And all creditors on all matrixes in these cases.

                                            /s/ *Justin P. Fasano*
                                            Justin P. Fasano