# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: ) | | Case No. 23-00285-ELG |
| ) | | |
| **AVAMERE NPS STABLES LLC,** ) | | (Chapter 11) |
| ) | | |
| Liquidating Debtor. ) | | |
| ) | | |
| In re: ) | | Case No. 23-00286-ELG |
| ) | | |
| **AVAMERE NPS CARPENTERS LLC** ) | | (Chapter 11) |
| ) | | |
| Liquidating Debtor. ) | | |
| ) | | |

## MOTION FOR FINAL DECREE

Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Liquidating Debtors"), by undersigned counsel, and pursuant to 11 U.S.C. § 350, Federal Rule of Bankruptcy Procedure 3022 and Local Rule 3022-1, hereby files this Motion for Final Decree and for cause states as follows:

1. On October 5, 2023 (the "Petition Date"), the Liquidating Debtors each filed with this Court a voluntary petition for relief under chapter 11 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2. On January 17, 2024, the Liquidating Debtors filed *Debtors' Joint Plan of Liquidation* (the "Plan," Stables Docket No. 47, Carpenters Docket No. 35) and *Disclosure*

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

*Statement with Respect to Debtors' Joint Plan of Liquidation* (the "Disclosure Statement," Stables Docket No. 48; Carpenters Docket No. 36"[1]).

3. The Court entered orders confirming the Plan on March 13, 2024 (the "Confirmation Orders," Stables Docket No. 64; Carpenters Docket No. 52).

4. Section 350(a) of the Bankruptcy Code provides that after a debtor's estate is fully administered and the court has discharged the trustee, the court shall close the case. 11 U.S.C. § 350. Bankruptcy Rule 3022 sets forth the procedure for the closing of a chapter 11 case and the entry of a final decree and provides that "after an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

5. The standard for determining if a debtor's estate has been fully administered and a final decree should issue, is whether the debtor's case has been substantially consummated, as defined in Section 1101(2) of the Bankruptcy Code. In re A. H. Robbins Co., Inc., 219 B.R. 145, 150 (E.D. Va. 1998); citing In re Jordan Mfg. Co. Inc., 138 B.R. 30, 344 (Bankr. C.D. Ill. 1992). Section 1101(2) defines "substantial consummation" as follows:

> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
>
> (B) assumption by the debtor or by the successor to the debtor under the plan of the business or the management of all or substantially all of the property dealt with under the plan; and
>
> (C) commencement of distribution under the plan.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

11 U.S.C. §1101(2).

6.  Further, Local Bankruptcy Rule 3022-1(b) provides that a Chapter 11 Plan Proponent must certify that the Plan has been fully administered. Local Bankruptcy Rule 3022-1(b)(1) provides that

> On or before the later of thirty (30) days after the order of confirmation in a case under chapter 11, or thirty (30) days after the disposition of all adversary proceedings, contested matters, and objections to claims, the debtor's attorney shall file a certificate of substantial consummation together with a motion for final decree.

A notice of substantial consummation will be submitted prior to the hearing on this Motion**.** There are no pending adversary proceedings, contested matters, and objections to claims, other than the pending fee application of undersigned counsel.

WHEREFORE, the Liquidating Debtors pray for entry for entry of a Final Decree and for such other and further relief as the Court deems necessary or appropriate.

Dated:  May 22, 2024          Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Liquidating Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this May 22, 2024, a true and correct copy of the foregoing has been served by CM/ECF, to the parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano