Office of United States Trustee
Kristen S. Eustis
Trial Attorney, MD28984
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.s.eustis@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Avamere NPS Stables LLC,** | Case No. 23-00285-ELG |
| **Debtor.** | Chapter 11 |

### RESPONSE OF THE ACTING UNITED STATES TRUSTEE
### TO DEBTOR'S MOTION FOR FINAL DECREE

Gerard R. Vetter, the Acting United States Trustee for Region 4 (the "U.S. Trustee"), by and through his undersigned counsel, hereby files this response ("Response") to the Motion for Final Decree (Doc. No. 73) filed by Avamere NPS Stables LLC (the "Debtor" or "Avamere"). In support of this Response, the U.S. Trustee states as follows:

1. On October 5, 2023, the Debtor filed a petition for relief under chapter 11 of the Bankruptcy Code. (Doc. No. 1).

2. On March 13, 2024, this Court entered an Order Confirming Debtors' Joint Plan of Liquidation and Approving Disclosure Statement in Connection with Debtors' Joint Plan of Liquidation. (Doc. No. 64).

3. On May 21, 2024, the Debtor filed the Motion for Final Decree. (Doc. No. 73).

4. The U.S. Trustee does not object to the entry of a Final Decree provided that the Debtor is current on its monthly operating reports and/or all post confirmation reports and has paid all quarterly fees as required by 28 U.S.C. § 1930(a)(6).

| | |
|---|---|
| Date: May 28, 2024 | GERARD R. VETTER<br>Acting United States Trustee, Region 4<br><br>By: */s/ Kristen S. Eustis*<br>Kristen S. Eustis<br>Federal Bar No. MD28984<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>(703) 557-7227- Direct Dial<br>Kristen.S.Eustis@usdoj.gov |

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 28, 2024, I electronically filed the foregoing Response with the Clerk of the Court and served it on the parties listed below who are registered Users of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Sara Kathryn Mayson sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov

Craig Palik cpalik@mhlawyers.com, cpalik@yahoo.com; dmoorehead@mhlawyers.com; cpalik@ecf.inforuptcy.com;hleaphart@mhlawyers.com;palik.craigr92003@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                */s/ Robert W. Ours*
                Robert W. Ours
                Paralegal Specialist