**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Woinshet Mekonnen | Case No. 22-00040-ELG |
| SSC 1110 Kennebec MD, LLC | Case No. 23-00140-ELG |
| SSC 3233 Fifteenth DC, LLC | Case No. 23-00141-ELG |
| SSC 1901 Brooks MD, LLC | Case No. 23-00142-ELG |
| SSC 1323 I DC, LLC | Case No. 23-00143-ELG |
| SSC 1321 Fifth DC, LLC | Case No. 23-00144-ELG |
| SSC 1321 Fifth Canopy DC, LLC | Case No. 23-00145-ELG |
| SSC 116 Irvington DC, LLC | Case No. 23-00146-ELG |
| SSC 116 Irvington Canopy DC, LLC | Case No. 23-00147-ELG |
| SSC 2501 N DC, LLC | Case No. 23-00148-ELG |
| Girard House Cooperative, LCA | Case No. 24-00260-ELG |
| Yolanda C. Holmes, M.D. P.C. | Case No. 22-00194-ELG |
| Marcus Dockery | Case No. 23-00078-ELG |
| SSC 3320 Wheeler DC, LLC | Case No. 23-00149-ELG |
| ECP Owner 1 LLC | Case No. 23-00326-ELG |
| 4520 Rhode Island Avenue LLC | Case No. 23-00327-ELG |
| ECP Owner 2 LLC | Case No. 23-00328-ELG |
| ECP Owner 3 LLC | Case No. 23-00329-ELG |
| ECP Owner 4 LLC | Case No. 23-00330-ELG |
| Adams 3, LLC | Case No. 22-00205-ELG |
| 1649 New Jersey Ave LLC | Case No. 24-00294-ELG |
| Richard Adolph DiGioia | Case No. 22-00004-ELG |
| Warner 422, LLC | Case No. 23-00034-ELG |
| Virginia 18th St Holdings, LLC | Case No. 23-00035-ELG |
| Cheng & Company L.L.C. | Case No. 23-00104-ELG |
| 604 Kennedy LLC | Case No. 23-00181-ELG |
| Peter Sharp | Case No. 23-00184-ELG |
| 2524 41st LLC | Case No. 23-00188-ELG |

| | |
|---|---|
| Adolphe Judson Edwards | Case No. 23-00283-ELG |
| Avamere NPS Stables LLC | Case No. 23-00285-ELG |
| Avamere NPS Carpenters LLC | Case No. 23-00286-ELG |
| James Cullen Smith | Case No. 24-00093-ELG |
| Arman Moyer | Case No. 24-00217-ELG |
| Michael Amit Kapoor | Case No. 22-00024-ELG |
| DGA Holdings, Inc. | Case No. 22-00226-ELG |
| SaveSolar Corporation Inc. | Case No. 23-00045-ELG |
| SaveSolar Alpha Holdco LLC | Case No. 23-00046-ELG |
| Lockhart Holdings, LLC | Case No. 23-00197-ELG |
| Peter Sharp | Case No. 23-00294-ELG |
| 2116 4th Street | Case No. 23-00298-ELG |
| Melben, Inc. | Case No. 24-00232-ELG |
| Gayle George | Case No. 24-00240-ELG |
| 819D LLC | Case No. 22-00101-ELG |
| Gnangni Homes, LLC | Case No. 23-00055-ELG |
| De'Tisha Joy Page | Case No. 23-00125-ELG |
| 5703 9th, LLC | Case No. 23-00131-ELG |
| 315 West REAR St LLC | Case No. 23-00299-ELG |
| Superstar Elizabeth, LLC | Case No. 24-00253-ELG |

**OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Sara Kathryn Jackson withdraws her appearance as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed above effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Kristen S. Eustis is hereby substituted as counsel for Matthew W. Cheney, Acting United States Trustee, Region 4, in the cases listed above effective as of the date of this notice.

October 16, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court and served it via the Court's CM/ECF system upon all parties who have entered an appearance in these cases.

*<u>/s/ Kristen S. Eustis</u>*
Kristen S. Eustis
Trial Attorney